**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CESAR ANTONIO BOLIVAR IZZO #A220-478-532** | **CASE NO. 3:26-CV-02713 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **FACILITY ADMINISTRATOR ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

On September 28, 2026, Magistrate Judge McClusky submitted a Report and Recommendation [ECF No. 10] recommending that the Petition be granted and that the Respondents provide Petitioner with a bond hearing before an immigration judge. Respondents have filed an Objection indicating that on October 7, 2026, Petitioner was provided with an individualized bond hearing. As all relief sought in the Petion has been granted, the Petion is now moot. Accordingly,

IT IS ORDERED THAT the Petion is DISMISSED AS MOOT.

THUS DONE in Chambers on this 6th day of November, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE